# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Todd Mannis | Atty Name (if applicable): | Todd Mannis |
| Street Address: | 5700 Ralston Street Suite 202 Ventura, CA 93003 | CA Bar No. (if applicable): | 149271 |
| Filer's Telephone No.: | (805) 650-1624 | Atty Fax No. (if applicable): | (805) 585-5788 |

In re: **Bonnie & Clyde's Plumbing-Drain Service, Inc.**

Case No. **9:14-bk-12330-DS**
Chapter 7

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☐    No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A☐  B☐  C☐  D☐  E☐  F☐  G☐  H☐  I☐  J☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☐

Statement of Intention ☐        Other ☒  AMENDED COMPENSATION STMT
                                           AMENDED LIMITED SCOPE
                                           AMENDED CORPORATE OWNERSHIP

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Rex Thomas**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 10/30/14

*[signature]*
Rex Thomas \ President, CEO
*Debtor Signature*

**FOR COURT USE ONLY**

*Co-Debtor Signature*

**SEE REVERSE SIDE**

B-1008 *Revised November 2011*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88) 1998 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Bonnie & Clyde's Plumbing-Drain Service, Inc.<br><br>Debtor. | Case No.: 9:14-bk-12330-DS |
|---|---|
| | **AMENDED**<br>**DISCLOSURE OF COMPENSATION**<br>**OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                $     1,000.00
   Prior to the filing of this statement I have received                      $     1,000.00
   Balance Due                                                                $         0.00

2. $ 335.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **By agreement with the debtor(s), the above-disclosed fee DOES NOT include the following:**

   **Representation of the debtors in any proceeding to determine whether a specific debt is nondischargeable pursuant to 11 U.S.C. Section 523; any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. Section 727; judicial lien avoidances, relief from stay actions or any other adversary proceeding; exemption planning; review, preparation and/or filing of reaffirmation agreements and/or lease assumptions; preparation and filing of motions for avoidance of liens on household goods and/or real property; and multiple hearing appearances. It is the sole and exclusive responsibility of the Client(s) to obtain and provide to the Attorney any and all Certificates of Debt Couseling and/or Certificates of Debtor Education.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/30/14
Date

Todd Mannis 149271
*Signature of Attorney*
**Grennier Law, PC**
*Name of Law Firm*
**5700 Ralston Street
Suite 202
Ventura, CA 93003
(805) 650-1624  Fax: (805) 585-5788**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Todd Mannis<br>5700 Ralston Street<br>Suite 202<br>Ventura, CA 93003<br>(805) 650-1624 Fax: (805) 585-5788<br>149271<br>grennierlaw@gmail.com | |

Attorney for:

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

Bonnie & Clyde's Plumbing-Drain Service, Inc.

Debtor(s).

CASE NO: 9:14-bk-12330-DS

CHAPTER: 7

**AMENDED DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1**

[No Hearing Required]

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On (specify date) __April 15, 2014__, I agreed with the Debtor that for a fee of $ __1,000.00__, I would provide the following services only:

   a. ■ Prepare and file the Petition and Schedules

   b. ■ Represent the Debtor at the 341(a) Meeting

   c. ☐ Represent the Debtor in any relief from stay motions

   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727

   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523

   f. ☐ Other (specify):

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012                    Page 1                    F 2090-1.1.DEC.LTD.SCOPE

3.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.

Date: 10/30/14

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

**Grennier Law, PC**
Printed name of law firm

_____
Signature of attorney

**Todd Mannis 149271**
Printed name of attorney

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2012            Page 2            **F 2090-1.1.DEC.LTD.SCOPE**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Todd Mannis**<br>**5700 Ralston Street**<br>**Suite 202**<br>**Ventura, CA 93003**<br>**(805) 650-1624 Fax: (805) 585-5788**<br>California State Bar Number: **149271**<br>grennierlaw@gmail.com<br><br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Bonnie & Clyde's Plumbing-Drain Service, Inc.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.: **9:14-bk-12330-DS**<br>ADVERSARY NO.:<br>CHAPTER:   **7** |
|---|---|
| | **AMENDED**<br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Rex Thomas, President/CEO**                    , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - [X] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a. [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. [X] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

10/30/14
Date

By: _____ (signature)
Signature of Debtor, or attorney for Debtor

Name: Rex Thomas, President/CEO
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Todd Mannis**<br>**Grennier Law, PC**<br>**5700 Ralston Street**<br>**Suite 202**<br>**Ventura, CA 93003**<br>**(805) 650-1624 Fax: (805) 585-5788**<br>**149271**<br>☒ *Attorney for:* Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Bonnie & Clyde's Plumbing-Drain Service, Inc.**<br>Debtor(s). | CASE NO.: **9:14-bk-12330-DS**<br>CHAPTER: **7**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists — Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: 10/31/14
☐ Other: _____ Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     Date: 10/30/14
*Signature of Authorized Signatory of Filing Party*

**Rex Thomas**
*Printed Name of Authorized Signatory of Filing Party*

**President, CEO**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     Date: 10/31/14
*Signature of Attorney for Filing Party*

**Todd Mannis 149271**
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5700 Ralston Street, Suite 202
Ventura, California 93003

A true and correct copy of the foregoing document entitled (*specify*): <u>Amended Statement of Attorney Compensation, Amended Limited Scope, Amended Statement of Corporate Ownership</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/31/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

JERRY NAMBA, CHAPTER 7 TRUSTEE    jnambaepiq@earthlink.net
OFFICE OF THE U.S. TRUSTEE    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/31/2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HON. DEBORAH SALTZMAN
U.S. Bankruptcy Court
1415 State Street, Courtroom 202
Santa Barbara, California 93001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/31/14 | CARMEN SILVA | *Carmen Silva* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**